UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                              CHAPTER 13
FLOYD R. GILLIGAN
LAURIE J. GILLIGAN                              CASE NO. 09-74931

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: FIDELITY NATIONAL TITLE INS.**      **Court claim #:** (if known) **17**

**Last four digits** of any number used to identify the debtor's account: 2 0 0 5

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $4,555.00 |
| Amount Paid by Trustee | $4,555.00 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan      ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 3/1/2012                        /s/Lydia S. Meyer
                                           Lydia S. Meyer, Trustee
                                           308 W. State St., Suite 212
                                           Rockford, IL  61101

Certificate of Service
     I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of March, 2012.

Dated:  3/1/2012                      /s/Cynthia K. Burnard

FIDELITY NATIONAL TITLE INSURANCE
% FRANKS GERKIN & MCKENNA
PO BOX 5
MARENGO, IL 60152

FIDELITY NATIONAL TITLE
ATTN: ATTY JUSTINE GAWRYSZ
171 N. CLARK STREET, 8TH FLOOR
CHICAGO, IL 60601

FLOYD R. GILLIGAN
LAURIE J. GILLIGAN
7608 SUFFIELD ROAD
LOVES PARK, IL 61111

BRIAN A. HART
BRIAN A. HART LAW OFFICES, PC
1410 N. MAIN STREET
ROCKFORD, IL 61103